STATE v. SCOTT

No. 19A85.

Case below: 71 N.C. App. 570.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals as to additional issues denied 30 January 1985.

STATE v. STREATH

No. 89P85.

Case below: 72 N.C. App. 685.

Petitions by defendant for discretionary review under G.S. 7A-31 and for supersedeas and temporary stay of the judgment of the Court of Appeals denied 20 February 1985 without prejudice to defendant to file petitions or motions for such relief as he deems appropriate with the North Carolina Court of Appeals.

WINSLOW v. JOLLIFF

No. 687P84.

Case below: 71 N.C. App. 459.

Petition by defendant (Jolliff) for discretionary review under G.S. 7A-31 denied 30 January 1985.

PETITIONS TO REHEAR

LOWE v. TARBLE

No. 28PA84.

Case below: 312 N.C. 467.

Petition by defendants for rehearing of case reported at 312 N.C. 467 allowed 30 January 1985 for consideration of (1) the substantive due process questions raised and (2) whether, by contract or statute, liability insurance carriers are liable for prejudgment interest allowed in judgments against their insureds.